St. Louis Lightning Protection Company, Appellee, v. Mary Sarah Sargent and Charles A. Sargent, Appellants.

Term No. 49M8.

552

opinion filed September 26, 1949; released for publication October 26, 1949. Robert G. Burnside, for appellants; Will M. Albert, for appellee; Kenneth Teasdale and Drew Luten, of counsel. Opinion by JUSTICE CULBERTSON. Not to be published in full.